IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| In the Matter of the Dependency of | No. 80209-7-I |
| K.D., | ORDER WITHDRAWING AND SUBSTITUTING OPINION |
| A minor child. | |

Pursuant to the July 2021, Washington State Supreme Court decision, In re the Welfare of K.D., 198 Wn.2d 67, 491 P.3d 154 (2021), the panel has considered the recent case title orders and footnote 4 in the Supreme Court Opinion, and grant D.G.'s request that her full name be removed from the text of the Court of Appeals opinion, D.G.'s name shall be replaced in the body of the opinion with their initial, and that the opinion should be withdrawn, and a substitute opinion filed.

Now, therefore, it is hereby

ORDERED that the opinion filed on September 27, 2021, is withdrawn and a substitute opinion shall be filed.

_____
Smith, J.

_____        _____
Chun, J.                                Dwyer, J.